FILED

01/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0274

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0274

_____

RONALD R. OBERLANDER,

        Third-Party Plaintiff, Third-Party
        Counter-defendant, and Appellant,

    v.

JACQUES HENNEQUIN, CARLIE HENNEQUIN,
KENT J. WATKISS, TAWANA RAE WATKISS,
JEFFREY S. MCDONALD, NATALIE M.
MCDONALD, CHRISTOPHER ROEMER, JOHN
ZAUHER, KELLI GOLDSBURY, JOHN
GOLDSBURY, SUSAN DORAN CARTER,
STEFANY J. FRAY, PATRICK OFFEN, SAM
STOVER, AUDREY J. STOVER, KATHIE L.
STANISLAW, WALTER W. RICHARDS, III,
SUSAN L. RICHARDS, JOHN D. RANDALL,
SUSAN K. RANDALL, LOUIS LEVINSON,
CAROLYN M. LEVINSON, VICTOR C. BIELBY AS
TRUSTEE OF THE VICTOR C. BIELBY TRUST,
JOHN S. STIEGLER, AND MELISSA STIEGLER,

        Third-Party Defendants, Third-Party
        Counterclaimants, and Appellees.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Shane Vannatta, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 25 2023